**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 99-7110

_____

DONALD WELLS,

Plaintiff - Appellant,

versus

MAJOR TOWNSEND; DONALD HICKS, Sergeant; CAP-
TAIN SMITH; C. D. LARSEN, Warden; J. BERRY,
Sergeant; DEPARTMENT OF CORRECTIONS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-99-42-3)

_____

Submitted:  May 23, 2000                Decided:  June 7, 2000

_____

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Wells, Appellant Pro Se.  Pamela Anne Sargent, Assistant At-
torney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Donald Wells, a Virginia inmate, appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to exhaust administrative remedies under 42 U.S.C.A. § 1997e (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Wells v. Townsend, No. CA-99-42-3 (E.D. Va. July 21, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED